UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: RUTH ANN DAVIS-WILLIAMS & JACKIE LEE WILLIAMS, JR.    NO. 12-03944-EE

## ORDER OF DISMISSAL OF DEBTOR ONLY

Came on for hearing this day and was heard the Motion to Dismiss (Dkt. # 88 ) filed by the Debtor, JACKIE LEE WILLIAMS, JR., and the Court finds that the Motion is well-taken and should be and is hereby sustained, and the Debtor, JACKIE LEE WILLIAMS, JR., is dismissed from the bankruptcy petition filed by the Debtor, JACKIE LEE WILLIAMS, JR..

SO ORDERED.

Edward Ellington
United States Bankruptcy Judge
Dated: April 24, 2013

SUBMITTED BY:
/s/ Richard R. Grindstaff
RICHARD R. GRINDSTAFF
ATTORNEY AT LAW, MSB 5036
P.O. BOX 720517
BYRAM MS 39272
PHONE: (601) 346-6443
FAX: (601) 346-6448